IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                          :       Chapter 13

Sheldon  Walker                                 :       Case No. 22-10866-MDC
xxx-xx-1116

         Debtor

ORDER DIRECTING EMPLOYER TO MAKE WAGE DEDUCTION
FOR REMITTANCE TO STANDING TRUSTEE

TO THE DEBTOR'S EMPLOYER:

   The future earnings of the above named Debtor is subject to the continuing supervision and control of the Court for the purpose of enforcing and carrying out the Debtor's plan.

   IT IS THEREFORE ORDERED that the Employer of the Debtor shall deduct from the wages of the Debtor, beginning with the next pay period after receipt of the Order the sum of

$550.00 EVERY TWO WEEKS.

   The Employer shall continue these deductions until further Order of this Court and shall remit all monies withheld from the Debtor's wages at least monthly, or more frequently to the Standing Trustee whose name and address appear below

_____     April 20, 2022
MAGDELINE D. COLEMAN                             DATED:
CHIEF U.S. BANKRUPTCY JUDGE

Make checks payable to:              David M. Offen Esq.
Kenneth E. West, Trustee             Suite 160 West, Curtis Ctr.
P.O. Box 1799                        Philadelphia, PA 19106
Memphis, TN  38101-1799              (215) 625-9600


Payroll Controller
Temple University HR Payroll Mgt 083-54
1852 North 10th Street
Philadelphia, PA 19122