IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA


IN RE:                              : Chapter 13


Sheldon Walker                      : Case No. 22-10866-MDC

        Debtor(s)


**NOTICE OF RESCHEDULED MEETING OF CREDITORS AND CERTIFICATE OF SERVICE**


The Meeting of Creditors has been rescheduled for **August 29, 2022** at **9:00 AM** at ALTERNATE TELEPHONE CONFERENCE.

A copy of this notice is being served on all creditors and the Chapter 13 Trustee.




                                    /s/ David M. Offen
                                    David M. Offen Esq.
                                    Attorney for Debtor

Dated: July 25, 2022