IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In Re:    Sheldon Walker    )    Chapter 13
          )
          Debtor(s)    )    22-10866-MDC
          )
          )

**ORDER APPROVING COUNSEL FEES**

AND NOW, upon consideration of the attached Application for Approval of Counsel Fees submitted by David M. Offen, Attorney for the Debtor, and upon notice and certification of no objection it is hereby ORDERED that:

Counsel fee in the amount of $3,542.00 is allowed and the balance in the amount of $3,541.00 shall be paid by the Chapter 13 Trustee to the extent there are funds available and consistent with the terms of the confirmed plan.

_____    October 25, 2022
**MAGDELINE D. COLEMAN**                          DATED:
**CHIEF U.S. BANKRUPTCY JUDGE**

cc:

Kenneth E. West, Esquire, Trustee

David M. Offen, Esquire